### 3431. EARLY COUNTY v. BAKER COUNTY.

CONYERS, J. The Supreme Court, upon the constitutional question certified, having held (137 *Ga.* 126, 72 S. E. 905) that the secretary of State, acting under sections 473, 474, and 475 of the Political Code (1910), was exercising a function of a political, and not of a judicial nature, it follows that the judgment of the lower court must be

*Affirmed.*

DECIDED JANUARY 15, 1912.

Certiorari; from Fulton superior court—Judge Bell. March 22, 1911..

POWELL, J., being disqualified, Judge Conyers, of the Brunswick circuit was designated to preside. · .

The question certified by the Court of Appeals to the Supreme Court was whether the provisions of the act of 1899 as to determination of the boundary line between counties where disputed (Civil Code of 1910, §§ 473, 474, 475) are repugnant to the constitution of Georgia (article 1, section 1, paragraph 23), as being an attempt to confer judicial power upon the secretary of State.

*Pope & Bennet, R. H. Sheffield,* for plaintiff in error. ..

*A. S. Johnson, Benton Odom,* contra.